No. 11–5770. RUSHELL *v.* PRELESNIK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5771. MCCOY *v.* THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5772. MONTAGUE *v.* SEXTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5773. SHAHIN *v.* DELAWARE FEDERAL CREDIT UNION. C. A. 3d Cir. Certiorari denied.

No. 11–5774. THOMPSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–5775. THOMPSON *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–5779. STEBBINS *v.* RELIABLE HEAT & AIR, LLC, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–5780. STEBBINS *v.* WAL-MART STORES ARKANSAS, LLC, AKA WAL-MART STORES, INC. C. A. 8th Cir. Certiorari denied.

No. 11–5783. CALDWELL *v.* IDAHO ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5785. VALDEZ RUIZ *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 11–5786. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–5789. ATKINS *v.* SPENCER, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 11–5793. O'CONNOR *v.* BROWN ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–5806. WHITE *v.* DICKHAUT, SUPERINTENDENT, SOUZA-BARANOWSKI CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.